

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE





UNITED STATES POSTAGE

PITNEY BOWES

$ 00.406
JAN 14 2015
MAILED FROM ZIP CODE 78701

02 1M
0004279596

PRESORTED
FIRST CLASS

RE: WR-53,367-03

PRESIDING JUDGE 266TH JUDICIAL DISTRICT
P. O. BOX 1427
STEPHENVI

ERATH CO DISTRICT JUDGE
BOX CLOSED
UNABLE TO FORWARD
RETURN TO SENDER
BC: 78711230808    *2682-07968-17-27

RETURN TO SENDER

221  KVE—N3B67Q640168